**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

BONDARY McCALL,

      Petitioner,

vs.                            CASE NO.  5:05cv186-SPM/MD

J. BARRON, JR., WARDEN,

      Respondent.

_____/

**ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated October 13, 2005 (doc. 8).  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Petitioner filed three documents (docs. 9, 11, and 12), but they do not contain any comprehensible arguments in response to the report and recommendation.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2.     Defendant's amended petition for writ of habeas corpus (doc. 5) is denied under 28 U.S.C. § 2241 for failure to demonstrate entitlement to proceed and dismissed under 28 U.S.C. § 2255 as an unauthorized second or successive motion.

3.     All pending motions are denied as moot.

DONE AND ORDERED this 15th day of November, 2005.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge